WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cynthia D. Brown,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Jo Anne B. Barnhart, Commissioner, Social Security Administration,<br><br>　　　　　Defendants. | NO.  CV-06-1862-PHX-SMM<br><br>**ORDER** |

　　　　Pending before the Court is Plaintiff's Motion for an Enlargement of Time to File a Motion for Summary Judgment.  (Dkt. 12.)  Good cause appearing,

　　　　**IT IS HEREBY ORDERED GRANTING** Plaintiff's Motion for an Enlargement of Time to File a Motion for Summary Judgment.  (Dkt. 12.)

　　　　**IT IS FURTHER ORDERED** that Plaintiff shall file a Motion for Summary Judgment no later than January 29, 2007.

　　　　DATED this 14th day of December, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　Stephen M. McNamee
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge