**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cynthia D. Brown,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Jo Anne B. Barnhart, Commissioner, Social Security Administration,<br><br>　　　　　Defendants. | NO.  CV-06-1862-PHX-SMM<br><br>**ORDER** |

　　　　Pending before the Court is Plaintiff's Second Motion for an enlargement of time to file a Motion for Summary Judgment.  (Dkt. 14.)  Good cause appearing;

　　　　**IT IS HEREBY ORDERED GRANTING** Plaintiff's Second Motion for an enlargement of time to file a Motion for Summary Judgment.  (Dkt. 14.)

　　　　**IT IS FURTHER ORDERED** that Plaintiff shall file her Motion for Summary Judgment on or before February 21, 2007.

/ / /

/ / /

**IT IS FURTHER ORDERED** that no further extensions of time shall be granted to Plaintiff.

DATED this 26th day of January, 2007.

_____
Stephen M. McNamee
United States District Judge