**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Cynthia D. Brown,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>Jo Anne B. Barnhart, Commissioner, Social Security Administration,<br><br>　　　　　　　Defendants. | NO.  CV-06-1862-PHX-SMM<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion to Exceed the Page Limits on her Memorandum of Points and Authorities in Support of her Motion for Summary Judgment. (Dkt. 18.)  Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Motion to Exceed the Page Limits on her Memorandum of Points and Authorities.  (Dkt. 18.)

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the Memorandum of Points and Authorities lodged with the Court on February 21, 2007.  See Dkt. 19.

DATED this 22nd day of February, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　　　　Stephen M. McNamee
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge