WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Cynthia D. Brown | ) | No. CIV 06-1862-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Commissioner, Social Security Administration, | ) | |
| Defendant. | ) | |

Pending before the Court is Defendant's Motion for an Enlargement of Time Within Which to File a Response to Plaintiff's Motion for Summary Judgment (First Request) (Doc. 24). Having no objection from Plaintiff, and good cause appearing, the Court grants Defendants additional time to respond, until **Friday, April 27, 2007**.

Accordingly,

**IT IS THEREFORE ORDERED** that Defendant's Motion for an Enlargement of Time Within Which to File a Response to Plaintiff's Motion for Summary Judgment (Doc. 24) is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant shall have until **Friday, April 27, 2007**, to file a Response to Plaintiff's Motion for Summary Judgment with this Court.

DATED this 28th day of March, 2007.

Stephen M. McNamee
United States District Judge