**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Cynthia D. Brown | ) | No. CIV 06-1862-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Commissioner, Social Security Administration, | ) | |
| Defendant. | ) | |

Having considered Defendant's Motion for Enlargement of Time Within Which to File a Response to Plaintiff's Motion For Attorney's Fees Under The Equal Access To Justice Act (Doc. 30 ) (First Request), and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Defendant's motion (Doc. 30) and extending the time within which defendant may respond to Plaintiff's application for EAJA fees.

**IT IS FURTHER ORDERED** that Defendant shall file its Response no later than Friday, June 15, 2007.

DATED this 15th day of May, 2007.

Stephen M. McNamee
United States District Judge