**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cynthia D. Brown | No. CIV 06-1862-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| Commissioner, Social Security Administration, | |
| Defendant. | |

Having considered Defendant's Motion for Enlargement of Time Within Which to File a Response to Plaintiff's Motion For Attorney's Fees Under The Equal Access To Justice Act (Doc. 32 ) (Second Request), and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Defendant's motion (Doc. 32) and extending the time within which Defendant may respond to Plaintiff's application for EAJA fees.

**IT IS FURTHER ORDERED** that Defendant shall file its Response no later than June 27, 2007.

DATED this 20th day of June, 2007.

Stephen M. McNamee
United States District Judge