**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cynthia D. Brown | No. CIV 06-1862-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| Commissioner, Social Security Administration, | |
| Defendant. | |

Having considered the Stipulation (Doc. 34) between the parties to Award Attorney Fees Under the Equal Access to Justice Act, and good cause appearing,

**IT IS HEREBY ORDERED** that the Defendant Commissioner of the Social Security Administration shall pay to Plaintiff $3,900.00 in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**IT IS FURTHER ORDERED** that Plaintiff's counsel be awarded $250.00 for cost as authorized by 28 U.S.C. §§2412 and 1920 and applicable case law.

DATED this 25th day of June, 2007.

_____
Stephen M. McNamee
United States District Judge